# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BERNADINE MATTHEWS,**

    Plaintiff,

  -vs-                      Case No. 14-C-388

**WAUKESHA COUNTY,**

    Defendant.

# SCHEDULING ORDER

During the scheduling conference held by telephone in the above-entitled action on October 22, 2014, the plaintiff, appearing by Attorney Paul A. Kinne, and the defendant, appearing by Attorney Mary E. Nelson, agreed to the entry of the following order.

**IT IS ORDERED** that:

1. On or before March 1, 2015, the plaintiff must notify the defendant of any expert witnesses the plaintiff may call at trial, and must submit with that notice a report containing all the information required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, or the plaintiff will be barred from calling such witnesses as experts at trial.

2. On or before June 1, 2015, the defendant must notify the plaintiff of any expert witnesses the defendant may call at trial, and must submit with that notice a report containing all the information required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, or the defendant will be barred from calling such witnesses as experts at trial.

3.  All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than June 30, 2015.  Neither the pendency of motions nor settlement discussions will affect any of the dates set in this action, and neither will justify delays in the taking of discovery.

4.  Dispositive motions must be filed on or before July 31, 2015.  When a motion for summary judgment is filed electronically utilizing the Court's Electronic Case Filing system, counsel must also provide this Chambers with a paper copy of the motion, and all accompanying briefs and papers.

Dated at Milwaukee, Wisconsin this  **22nd**  day of October, 2014.

**BY THE COURT:**

**Hon. Rudolph T. Randa**
**U.S. District Judge**