# Impact Acquisitions, LLC
# Employee Handbook

*For Internal Use Only*



EXHIBIT 15 — Ganache — 7/15/16
GRAMANN REPORTING, LTD.

0003

## V. TIME KEEPING / PAYROLL



Download the Paycor application by following the steps below. You will be able to request time off, as well as view your paycheck history!

To download the application for iPhone or Android follow these steps:

- In the App Store or the Google Play Store, search for "Paycor Employee Mobile".
- Download and install the app.
- Once the app is installed, access it by entering your Paycor.com username and password.

### B. Overtime

Overtime will be paid to all employees except for "exempt" employees, i.e., executive, professional, or administrative employees within the meaning of the Fair Labor Standards Act. Overtime is paid for all time actually worked in excess of forty (40) hours in any one-calendar week. Overtime shall be paid at one and one-half time your regular hourly rate. If you are a non-exempt salaried employee, overtime pay is determined by dividing your weekly salary by the number of hours worked in the week and then multiplying one-half the result times the hours worked over 40. Vacation, Holiday, and Sick Pay are not considered as hours worked for the purpose of computing overtime, and will be paid only at straight-time rates. All overtime must be authorized by your Manager in advance in order for you to be paid. Employees who work overtime without prior authorization will be subject to disciplinary action.

### C. Payroll Deductions

The Company is required by law to deduct federal taxes, social security, and state taxes from each paycheck. In addition, the company reserves the right to deduct any and all financial obligations due to the Company upon termination, either voluntary or involuntary, from the employee's final paycheck(s).

### D. Garnishments

The Company is required by law to respect writs of garnishments upon employee wages.

### E. Administrative Pay Corrections

Impact Acquisitions, LLC takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and the employees are paid promptly on the scheduled pay period. In the unlikely event that there is an error in the amount of pay, the employee should promptly bring the discrepancy to the attention of their Manager.

## VI. WORK CONDITIONS / HOURS

### F. Termination of Employment

We hope that your association with Impact Acquisitions, LLC will be a long one and that you will stay and grow with us. However, if circumstances require that you leave, all Company property must be turned into your branch and inventoried. We ask that you give us two (2) weeks' notice.

If an employee resigns or is terminated, the employee must come to Impact Acquisitions, LLC's Corporate Office to complete an exit interview, which will cover their COBRA insurance options, 401K, etc. In addition, all Impact Acquisitions, LLC property, uniforms, books, etc., must be returned prior to receiving their final check. The employee will be required to sign a Release Form for their final payroll earnings.

In order to be eligible for a sales commission check the employee must be employed with Impact Acquisitions, LLC at the next payroll period to be eligible for the commission.

Upon termination of employment, Kyocera and Konica Rewards Cards are immediately forfeited by the employee.

Please refer to page 13 to see expenses employee will need to reimburse Impact upon separation.

### G. Merit Review (Administrative & Technical Staff)

Impact Acquisitions, LLC encourages its employees and Managers to communicate often and openly. Once a year, your Manager will hold a formal merit review to discuss with you the status of your work. At the conclusion of this review, a merit increase may be given if earned.

### H. Employment Offer Confirmation Letter

The hiring manager will confirm all offers of employment in writing. Upon written confirmation or acceptance of an offer, the hiring authority will forward this letter to Human Resources in order for a formal background/reference check to be complete.

NOTE: This notification must include the signature of the hiring authority.

000345

Case 2:14-cv-00950-PP   Filed 04/28/16   Page 3 of 5   Document 55-2

# VI. WORK CONDITIONS / HOURS

### A. Safety

To assist in providing a safe and healthy work environment for employees, customers, and visitors, Impact Acquisitions, LLC will establish a workplace safety program. This program is a top priority for Impact Acquisitions, LLC. The Operations Manager has the responsibility for developing, implementing, administering, monitoring, and evaluating the Safety Program. Its success depends on the alertness and personal commitment of all.

Impact Acquisitions, LLC provides information to employees about workplace safety and health issues through regular internal communication channels such as Manager-Employee meetings, bulletin board postings, memos, or other written correspondences.

Employees and Managers receive periodic workplace safety training. The training covers potential safety and health hazards and safe work practices and procedures to eliminate or minimize hazards.

Some of the best safety improvement ideas come from employees. Those with ideas, concerns, or suggestions for improved safety in the workplace are encouraged to raise them with their Manager or with another Manager, or bring them to the attention of the Operations Manager.

Reports and concerns about workplace safety issues may be made anonymously if the employee wishes. All reports can be made without fear of reprisal.

Each employee is expected to obey safety rules and to exercise caution in all work activities. Employees must immediately report any unsafe condition to the appropriate supervisor. Employees who violate safety standards, who cause hazardous or dangerous situations, or who fail to report or, where appropriate, remedy such situations, may be subject to disciplinary action, up to and including termination of employment.

In the case of accidents that result in injury, regardless of how insignificant the injury may appear, employees should immediately notify the appropriate supervisor. Such reports are necessary to comply with laws and initiate insurance and workers' compensation benefits procedures.

### B. Work Hours

The workweek is Monday through Friday. The workday at Impact Acquisitions, LLC begins at 8:00 a.m. and concludes at 5:00 p.m. This includes an unpaid hour for lunch. Any employee who is late will be docked $50.00 for the day. At times, your Manager may notify you that overtime work may be required.

### C. Smoking Policy

Smoking is PROHIBITED in all Impact Acquisitions, LLC owned or leased offices.

### D. Lunch Periods
Employees may schedule their one (1) hour unpaid lunch period between 11:00 a.m. and 1:00 p.m. However, there are certain Departments, such as Supply Sales and Service Dispatch that need to maintain coverage at all times. Please discuss this scheduling of your lunch period with your Manager.

### E. Telephone Courtesy
Please refer to Cellular Phone/Tablet/Mobile Usage Policy on page 26. (See phone policy, Section I)

### F. Mail
All mail received at Impact Acquisitions, LLC, except for that addressed to the Company's Officers, will be opened and sorted. Please have your personal mail sent to your home. Impact Acquisitions, LLC has a postage meter for corporate use only.

### G. Emergency Closings
Impact Acquisitions, LLC will set up a system of notifying employees in the event of an emergency closing (snow day, etc.). Our objective is to insure consistent quality service to our customers. It is imperative that our service and dispatch system never gets shut down for lack of personnel. Manager's will contact employees in an event of a company closing via email or phone.

### H. Policy on Use of Communication Systems
It is the policy of Impact Acquisitions, LLC to provide or contract for the communications services and equipment necessary to conduct its business. These communication systems include e-mail, voice mail, network access systems, fax machines, copying machines, telephones and computers. These communications systems are intended to be used for business purposes. Utilizing these resources for informal or personal purposes is permissible only when it is congruent with company policy and does not adversely affect productivity. Employees are expected to demonstrate a sense of responsibility and not abuse this privilege. All communication systems and all messages stored on them are Impact Acquisitions, LLC's property. All messages are Impact Acquisitions, LLC's records.

Communication system messages may not contain content that may be reasonably considered offensive, disruptive, defamatory, including but not limited to sexual comments, or images, racial slurs, or other comments or images that would offend someone on the basis of his or her race, national origin, age, gender, sexual orientation, religious or political beliefs or disability. Specific, but not inclusive, examples of unacceptable uses of communication systems would be using Impact Acquisitions, LLC's time and resources for personal gain, sending threatening messages, sending confidential material to non authorized employees, and violating copyright laws.

As a general rule of thumb, you should not assume that messages on the communication system are private. Despite systems features that give the appearance of privacy, including passwords and the apparent ability to delete messages, messages are not necessarily private and communications may not be secure. Even when a message is deleted, it still may be backed up elsewhere or it may be possible to recreate the message. The security of electronic files on shared systems and networks

000347

Case 2:14-cv-00950-PP   Filed 04/28/16   Page 5 of 5   Document 55-2