

# After Hours Service

Impact Networking does provide after hours service for all the products that they service as normal business hours would be 8am – 5pm Monday through Friday in the customer's specific time zone.

The procedure for handling after hour service calls starts out as a typical service call by calling the number listed on the front of the device. When reaching the voicemail you will be prompted to leave an emergency voicemail. The voicemail will be automatically routed to the territory based manager who will receive the voicemail. They will then call you to attempt to help over the phone or provide you with an ETA notify you of the charges.

Charges for after hour service:
$300 for the first hour and
$220 for each additional hour billed in 30 min increments after the first hour
Parts and supplies are billed in accordance to the maintenance contract

Technicians Pay
Time and ½ from leaving house time to return time.
Mileage to and from for non-company vehicles
Immediate payment of 40% of the bill when the corporate office received the signed work order



Ganache
EXHIBIT 33
2/15/16 jp
GRAHAM REPORTING, LTD

Case 2:14-cv-00950-PP   Filed 04/28/16   Page 1 of 1   Document 55-5

000545