

**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Greg  Wassel
215 Camden Drive
Steger IL 60475

Re:   *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Greg,

    Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

    It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

    Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:    Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

    I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.


_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)


> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000169



**Hawks Quindel** S.C.
**ATTORNEYS AT LAW**

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Edward Petritsch
21146 Locust Street
Matteson IL 60443

Re:  *Linda Krupp v. Impact Acquisitions LLC*
     E.D. WI Case No. 14-cv-950

Dear Edward,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:     Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201·0442
> Fax: (414) 271·8442
> Email: ljohnson@hq·law.com

LK000171



**Hawks Quindel** S.C.
**ATTORNEYS AT LAW**

**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Jose  Cornejo
16838 Jodave Ave
Hazel Crest, IL 60429

Re:     *Linda Krupp v. Impact Acquisitions LLC*
        E.D. WI Case No. 14-cv-950

Dear Jose,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:     Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____

Signature

_____

Printed Name

_____

Date

_____

Street Address

_____

City, State ZIP

_____

Phone Number(s)

_____

Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000173



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Brian Morris
4 Hillcrest Drive
Sugar Grove WI 60554

Re:  *Linda Krupp v. Impact Acquisitions LLC*
E.D. WI Case No. 14-cv-950

Dear Brian,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:      Consent Form

<u>ADVERTISING MATERIAL</u>

# CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000175



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Brett Armbruster
15 Charles Court
Crete IL 60417

Re:  *Linda Krupp v. Impact Acquisitions LLC*
  E.D. WI Case No. 14-cv-950

Dear Brett,

  Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

  It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

  Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

       Sincerely,
       HAWKS QUINDEL, S.C.

       Larry A. Johnson
       Attorney at Law
       ljohnson@hq-law.com

LAJ/ec
Encl.:  Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

**Mail, Fax, or Email to:**
Hawks Quindel, S.C.
Attn: Attorney Larry A. Johnson
P.O. Box 442
Milwaukee, WI 53201-0442
Fax: (414) 271-8442
Email: ljohnson@hq-law.com

LK000177



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Nickolas Torres
4113 W Wellington Avenue
Chicago IL 60641

Re:  *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Nickolas,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:    Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

  I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____

Signature

_____

Printed Name

_____

Date

_____

Street Address

_____

City, State ZIP

_____

Phone Number(s)

_____

Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000179



**Hawks Quindel** S.C.
**ATTORNEYS AT LAW**

**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Richard Prendergast
S3012 Deer Trail
Baraboo WI 53913

Re:   *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Richard,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:   Consent Form

<u>ADVERTISING MATERIAL</u>

# CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000181



MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

**ADVERTISING MATERIAL**

January 25, 2016

Robert Leodoro
5402 S 73rd Ave
Summit Argo IL 60501

Re:   *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Robert,

    Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

    It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

    Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:   Consent Form

**ADVERTISING MATERIAL**

LK000182 

## CONSENT TO JOIN

     I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____

Signature

_____

Printed Name

_____

Date

_____

Street Address

_____

City, State ZIP

_____

Phone Number(s)

_____

Email Address(es)

```
Mail, Fax, or Email to:
Hawks Quindel, S.C.
Attn: Attorney Larry A. Johnson
P.O. Box 442
Milwaukee, WI 53201-0442
Fax: (414) 271-8442
Email: ljohnson@hq-law.com
```

LK000183



**H a w k s**
**Q u i n d e l** S.C.
**ATTORNEYS AT LAW**

**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Rudey Figueroa
3746 S Wallace Street Apt. 1F
Chicago IL 60609

Re:  *Linda Krupp v. Impact Acquisitions LLC*
     E.D. WI Case No. 14-cv-950

Dear Rudey,

   Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

   It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

   Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

                          Sincerely,
                          HAWKS QUINDEL, S.C.

                          Larry A. Johnson
                          Attorney at Law
                          ljohnson@hq-law.com

LAJ/ec
Encl.:      Consent Form

<u>ADVERTISING MATERIAL</u>



# CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000185



**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Tyshaun Martin
600 E 133rd Street
Chicago IL 60827

Re:   *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Tyshaun,

　　Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

　　It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

　　Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　HAWKS QUINDEL, S.C.

　　　　　　　　　　　　　　　Larry A. Johnson
　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　ljohnson@hq-law.com

LAJ/ec
Encl.:　　　　Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000187



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Juan Gonzalez
1530 Dempster Street Apt. 304
Mount Prospect IL 60056

Re:  *Linda Krupp v. Impact Acquisitions LLC*
E.D. WI Case No. 14-cv-950

Dear Juan,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:      Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____

Signature

_____

Printed Name

_____

Date

_____

Street Address

_____

City, State ZIP

_____

Phone Number(s)

_____

Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000189



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

## ADVERTISING MATERIAL

January 25, 2016

Kyle Pace
207 Plum Street
Trail Creek IN 46360

Re:   *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Kyle,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:     Consent Form

## ADVERTISING MATERIAL

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000191



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Wendell Walton
6227 N Parker Ave
Indianapolis IN 46220

Re:   *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Wendell,

    Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

    It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

    Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

            Sincerely,
            HAWKS QUINDEL, S.C.

            Larry A. Johnson
            Attorney at Law
            ljohnson@hq-law.com

LAJ/ec
Encl.:     Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.,* E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.


_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000193



**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Andrew Price
821 McBride Road
Madison WI 53704

Re:  *Linda Krupp v. Impact Acquisitions LLC*
     E.D. WI Case No. 14-cv-950

Dear Andrew,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:     Consent Form

<u>ADVERTISING MATERIAL</u>

# CONSENT TO JOIN

     I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.,* E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000195



**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

**ADVERTISING MATERIAL**

January 25, 2016

Gary Meyer
3906 Winnemac Ave
Madison WI 53711

Re:  *Linda Krupp v. Impact Acquisitions LLC*
     E.D. WI Case No. 14-cv-950

Dear Gary,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:  Consent Form

**ADVERTISING MATERIAL**



# CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.,* E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000197



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Ernest Oberdorf
13381 W Forest Hollow Lane
Evansville WI 53536

Re:   *Linda Krupp v. Impact Acquisitions LLC*
       E.D. WI Case No. 14-cv-950

Dear Ernest,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:       Consent Form

<u>ADVERTISING MATERIAL</u>

# CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000199



**Hawks Quindel** S.C.
**ATTORNEYS AT LAW**

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

**ADVERTISING MATERIAL**

January 25, 2016

Randy Coughlin
998 Bluebird Lane
Hartford, WI 53027

Re:  *Linda Krupp v. Impact Acquisitions LLC*
     E.D. WI Case No. 14-cv-950

Dear Randy,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:      Consent Form

**ADVERTISING MATERIAL**

# CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000201



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

ADVERTISING MATERIAL

January 25, 2016

Tim Bruni
3230 W Rochelle Ave
Milwaukee, WI 53209

Re: *Linda Krupp v. Impact Acquisitions LLC*
E.D. WI Case No. 14-cv-950

Dear Tim,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.: Consent Form

ADVERTISING MATERIAL

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.,* E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000203



**Hawks Quindel** S.C.
**ATTORNEYS AT LAW**

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Doug Ciurro
N17W27357 Lakefield Drive
Pewaukee WI 53072

Re:     *<u>Linda Krupp v. Impact Acquisitions LLC</u>*
        E.D. WI Case No. 14-cv-950

Dear Doug,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:      Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

---

**Mail, Fax, or Email to:**
**Hawks Quindel, S.C.**
**Attn: Attorney Larry A. Johnson**
**P.O. Box 442**
**Milwaukee, WI 53201-0442**
**Fax: (414) 271-8442**
**Email: ljohnson@hq-law.com**

LK000205



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Andrew Felker
1418 E Oklahoma Ave
Milwaukee WI 53207

Re:    *Linda Krupp v. Impact Acquisitions LLC*
       E.D. WI Case No. 14-cv-950

Dear Andrew,

   Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

   It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

   Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:    Consent Form

<u>ADVERTISING MATERIAL</u>

LK000206

Case 2:14-cv-00950-PP   Filed 04/28/16   Page 39 of 46   Document 55-8

## CONSENT TO JOIN

     I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

 

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

> **Mail, Fax, or Email to:**
> Hawks Quindel, S.C.
> Attn: Attorney Larry A. Johnson
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Fax: (414) 271-8442
> Email: ljohnson@hq-law.com

LK000207



**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

<u>ADVERTISING MATERIAL</u>

January 25, 2016

Michael Tolzman
5580 W Abbott Ave
Milwaukee WI 53220

Re: *Linda Krupp v. Impact Acquisitions LLC*
    E.D. WI Case No. 14-cv-950

Dear Michael,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.: Consent Form

<u>ADVERTISING MATERIAL</u>

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

---

**Mail, Fax, or Email to:**
Hawks Quindel, S.C.
Attn: Attorney Larry A. Johnson
P.O. Box 442
Milwaukee, WI 53201-0442
Fax: (414) 271-8442
Email: ljohnson@hq-law.com

---

LK000209



**MILWAUKEE OFFICE**
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

**ADVERTISING MATERIAL**

January 25, 2016

James  Adamczyk
5359 S 23rd Street
Milwaukee WI 53221

Re:   *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear James,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:        Consent Form

**ADVERTISING MATERIAL**

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

---

**Mail, Fax, or Email to:**
Hawks Quindel, S.C.
Attn: Attorney Larry A. Johnson
P.O. Box 442
Milwaukee, WI 53201-0442
Fax: (414) 271-8442
Email: ljohnson@hq-law.com

LK000211



**Hawks Quindel** S.C.
ATTORNEYS AT LAW

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650 FAX: 414-271-8442

ADVERTISING MATERIAL

January 25, 2016

Joe Cuccio
3604 Lindermann Ave
Racine WI 53405

Re:  *Linda Krupp v. Impact Acquisitions LLC*
      E.D. WI Case No. 14-cv-950

Dear Joe,

Our law firm represents Plaintiff Linda Krupp in a federal lawsuit for unpaid overtime wages against Impact Acquisitions, LLC. The lawsuit alleges that Ms. Krupp and other Digital Service Technicians at Impact were paid an annual salary regardless of their hours of work. As a result, in workweeks where Digital Service Technicians worked more than 40 hours, they may have been improperly denied overtime wages under the Fair Labor Standards Act ("FLSA").

It is our understanding that you worked as a Digital Service Technician at Impact within the past three years and may have a claim for unpaid overtime wages under the FLSA. If you would like to join the lawsuit, please fill out and return the enclosed Consent Form. Once we receive the form, we will file it with the Court and your FLSA overtime claims will be asserted in this lawsuit. Please keep in mind that your claims for unpaid wages under the FLSA can only go back two to three years from the date that your Consent Form is filed with the Court. As a result, each day that passes may decrease any potential overtime damages that you may be owed.

Please feel free to contact our office at (414) 271-8650 with any questions or concerns. We look forward to hearing from you.

Sincerely,
HAWKS QUINDEL, S.C.

Larry A. Johnson
Attorney at Law
ljohnson@hq-law.com

LAJ/ec
Encl.:       Consent Form

ADVERTISING MATERIAL

## CONSENT TO JOIN

I hereby consent to make a claim against Impact Acquisitions LLC d/b/a Kubichek Office Products ("Impact") for unpaid overtime compensation in *Krupp v. Impact Acquisitions LLC, et al.*, E.D. Wis. Case No. 14-cv-950. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Linda Krupp as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. During the past three years, there were times that I was not paid overtime wages for all hours worked over 40 in workweeks while employed as a Digital Service Technician at Impact.

_____
Signature

_____
Printed Name

_____
Date

_____
Street Address

_____
City, State ZIP

_____
Phone Number(s)

_____
Email Address(es)

Mail, Fax, or Email to:
Hawks Quindel, S.C.
Attn: Attorney Larry A. Johnson
P.O. Box 442
Milwaukee, WI 53201-0442
Fax: (414) 271-8442
Email: ljohnson@hq-law.com

LK000213